FILED
JOHN P. HEHMAN
CLERK

2014 SEP -4 PM 4: 56

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL DAUGHERTY,<br><br>BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, THE STATE OF TEXAS, THE STATE OF GEORGIA, THE COMMONWEALTH OF VIRGINIA, THE STATE OF TENNESSEE, THE STATE OF NEW YORK, THE STATE OF FLORIDA, THE DISTRICT OF COLUMBIA, AND THE STATE OF INDIANA<br><br>        *Plaintiff and Relator*,<br><br>v.<br><br>BOSTWICK LABORATORIES<br><br>        and<br><br>DAVID BOSTWICK,<br><br>        *Defendants*. | Case No. 1:08-cv-354<br><br>Judge S. Arthur Spiegel |

### ORDER OF DISMISSAL
### AS TO DEFENDANT BOSTWICK LABORATORIES

Upon consideration of the Stipulation of Dismissal filed by the parties, review of the record in this case, and good cause appearing therefor,

IT IS ORDERED that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed, only as to defendant Bostwick Laboratories, with prejudice as to Relator Michael Daugherty; and

- 2 -

IT IS FURTHER ORDERED that, as to the United States, this action is dismissed, only as to defendant Bostwick Laboratories, with prejudice as to the Covered Conduct defined in the settlement agreement entered by the parties, and without prejudice as to all other matters; and

IT IS FURTHER ORDERED that, as to the states and District of Columbia named as co-plaintiffs herein, this action is dismissed, only as to defendant Bostwick Laboratories, without prejudice as to all matters; and

IT IS FURTHER ORDERED that, the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement, if necessary.

Dated: _Sept 4th_, 2014

_____
S. Arthur Spiegel
United States Senior District Judge